**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01951-REB

RYAN C. WELLS,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

**Blackburn, J.**

The matter before me is plaintiff's **Motion and Affidavit for Leave To Proceed Pursuant to 28 U.S.C. § 1915** [#2],[1] filed September 8, 2015. The motion and affidavit are in proper form and indicate that plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Plaintiff does not request service by the United States Marshals Service.

**THEREFORE IT IS ORDERED** that plaintiff's **Motion and Affidavit for Leave To Proceed Pursuant to 28 U.S.C. § 1915** [#2], filed September 8, 2015, is granted.

Dated September 9, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

                                            *Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.